UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ST. MARTIN'S EPISCOPAL SCHOOL | * | CIVIL ACTION |
| VERSUS | * | NO: 08-1269 |
| A.R.M.S. BUILDING AND MAINTENANCE, INC. | * | SECTION: "D"(5) |

### ORDER AND REASONS

Before the court is the **"Motion for Default Judgment or in the Alternative Summary Judgment"** (Doc. No. 10) filed by Plaintiff, St. Martin's School. *No memorandum in opposition was filed*. The motion, set for hearing on Wednesday, August 27, 2008, is before the court on Plaintiff's brief, without oral argument.

Having considered the memorandum of Plaintiff's counsel, the record, and the applicable law, the court **GRANTS** the unopposed **"Motion for Default Judgment or in the Alternative Summary Judgment"** (Doc. No. 10) filed by Plaintiff, St. Martin's School.

New Orleans, Louisiana, this **27th** day of **August**, **2008**.

　　　　　　　　　　　　　　　　/s/ A.J. McNamara
　　　　　　　　　　　　　　　　A.J. McNAMARA
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE